JOHN F. BAUM (SBN 148366)
jbaum@hkemploymentlaw.com
IAN FORGIE (SBN 307721)
iforgie@hkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
505 Montgomery Street 13th Floor
San Francisco, CA 94111
Telephone: (415) 835-9000
Facsimile: (415) 834-0443

Attorneys for Defendant
Screen Actors Guild - American Federation of
Television and Radio Artists

COREY PAGE (EVANS) (SBN 218789)
cpage@evansandpage.com
EVANS & PAGE
2912 Diamond Street #346
San Francisco, CA 94131
Telephone: (415) 896-5072
Facsimile: (415) 358-5855

Attorneys for Plaintiff
Lori Shockley

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LORI SHOCKLEY, an individual, | Case No. 3:17-cv-03468-CRB |
| Plaintiff, | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |
| vs. | |
| SCREEN ACTORS GUILD - AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS; and DOES 1 through 10, inclusive, | Complaint Filed: June 14, 2017 |
| Defendants. | |

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1   WHEREAS Plaintiff Lori Shockley commenced the above-entitled action (the "Action")
2   against Defendant, Screen Actors Guild – American Federation of Television and Radio Artists
3   on June 14, 2017, alleging causes of action for disability discrimination under state and federal
4   law;

5   WHEREAS the parties to this Action stipulate and agree to pursue this matter in
6   arbitration and to dismiss the action with prejudice;

7   IT IS HEREBY STIPULATED by and between the parties to this Action, through their
8   undersigned counsel, that the above-captioned action be and hereby is dismissed with prejudice as
9   to all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1);

10  IT IS FURTHER STIPULATED by and between the parties to this Action, through their
11  undersigned counsel, that the case management conference currently scheduled for December 8,
12  2017 is requested to be taken off calendar;

13  IT IS FURTHER STIPULATED by and between the parties to this Action, through their
14  undersigned counsel, that each party shall bear its own attorneys' fees and costs of suit.

Dated:      December 1, 2017                    HIRSCHFELD KRAEMER LLP


                                                By: /s/ John F. Baum
                                                    John F. Baum
                                                    Ian W. Forgie
                                                Attorneys for Defendant
                                                Screen Actors Guild - American Federation of
                                                Television and Radio Artists

Dated:      December 1, 2017                    EVANS & PAGE


                                                By: */s/ Corey Page (Evans)* Permission to e-file given 12/1/17
                                                    Corey Page (Evans)
                                                Attorneys for Plaintiff
                                                Lori Shockley

# **ORDER**

Having reviewed the parties' stipulation above, and finding good cause therefore, the Court dismisses this Action with prejudice and removes from the calendar the case management conference scheduled for December 8, 2017.

**IT IS SO ORDERED.**

DATED: December 5, 2017

_____
Judge Charles R. Breyer
United States District Court
Northern District of California

HIRSCHFELD KRAEMER LLP
ATTORNEYS AT LAW
SAN FRANCISCO